UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 0 8 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| METROPOLITAN ST. LOUIS EQUAL HOUSING OPPORTUNITY COUNCIL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GORDON A. GUNDAKER REAL ESTATE CO., INC.<br><br>Defendant. | Cause No. 4:98CV00837 SNL<br><br>*So ordered*<br>[signature]<br>*8 March 01* |

### MEMORANDUM, ORDER AND JUDGMENT

COME NOW the plaintiffs, METROPOLITAN ST. LOUIS EQUAL HOUSING OPPORTUNITY COUNCIL and the CITY OF FLORISSANT, and hereby stipulate to the dismissal of the above referenced cause of action, with prejudice. Each party shall pay its own costs of court.

Respectfully Submitted,



*As there is a dismissal all pending motions are mooted.*
[signature]
*8 March 01*

VAN AMBURG, CHACKES,
CARLSON & SPRITZER, LLP

by [signature]
Ken Chackes, Esq.
M. Susan Carlson, Esq.
8420 Delmar Blvd., Suite 406
St. Louis, Missouri 63124
Attorney for Plaintiff EHOC

(156)

KOHN, SHANDS, ELBERT, GIANOULAKIS
& GILJUM, LLP

By _____
John Gianoulakis, Esq.
One Mercantile Center, Suite 2400
St. Louis, Missouri 63102
Attorney for the City of Florissant


ROTHMAN, SOKOL, ADLER
& SARACHAN, P.C.

By _____
Alan Zvibleman, #30963
Attorney for Defendant
7701 Forsyth Blvd., 4th Floor
Clayton, MO 63105
(314) 721-7701
(314) 721-0554 - FAX


VATTEROTT, SHAFFAR & DOLAN, P.C.

By _____
Paul F. Devine - #36545
Attorney for Defendant
2458 Old Dorsett Road, Suite 230
Maryland Heights, MO 63043
Phone (314) 770-2100
Fax (314) 770-9330


JRH:ams  F:\WPDATA\GUNDAKER.98\EHOC.04I\Dismissal with Prejudice

UNITED STATES DISTRICT COURT--EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/08/01 by bcrow
                4:98cv837    Metro St. Louis Coun vs Gordon A. Gundaker

42:405 Fair Housing Act

| | |
|---|---|
| Daniel Barklage - 7673 | Fax: 636-949-8786 |
| M. Carlson - 49195 | Fax: 314-872-7017 |
| Kenneth Chackes - 14581 | Fax: 314-872-7017 |
| Paul Devine - 36545 | Fax: 314-770-9330 |
| Michael Ferry - 3098 | Fax: 314-652-8308 |
| John Gianoulakis - 3207 | Fax: 314-241-2509 |
| Eric Halperin - | Fax: 202-514-1116 |

Joan Magagna -
Housing & Civil Enforcement Section
U.S. DEPARTMENT OF JUSTICE
P.O. Box 65998
Washington, DC  20035 - 5998


Isabelle Thabault -
Housing & Civil Enforcement Section
U.S. DEPARTMENT OF JUSTICE
P.O. Box 65998
Washington, DC  20035 - 5998

Alan Zvibleman - 30963        Fax: 314-721-0554

SCANNED & FAXED BY:
MAR X 8 2001
MJM